# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE No. 19cv1050-CEM-LRH

R-DEVIE, INC., and JACQUELINE MITCHELL,
Individually and on behalf
of all others similarly situated,

    Plaintiffs,

vs.

THE TRAVELERS COMPANIES INC.;
TRAVELERS INDEMNITY COMPANY OF
CONNECTICUT; THE STANDARD FIRE
INSURANCE COMPANY; TRAVELERS
PROPERTY CASUALTY INSURANCE
COMPANY; THE TRAVELERS INDEMNITY
COMPANY; PHOENIX INSURANCE COMPANY;
CHARTER OAK FIRE INSURANCE COMPANY;
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA; THE TRAVELERS
INDEMNITY COMPANY OF AMERICA; and
TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA,

    Defendants.
_____/

## DECLARATION OF JEFFREY S. SCHLOTTER

Jeffrey S. Schlotter declares, on oath, as follows:

1. I am over the age of 21 years and a resident of the State of Connecticut.

2. I am a Managing Director and am authorized to execute this Declaration on behalf of Defendants.

3. I have knowledge of the facts set forth in this Declaration, both personally and through a review of Defendants' business records, made and kept in the regular course of Defendants' business by those whose regular job function it is to make and keep such records, and, therefore, I could testify competently to those facts if called upon to do so as a witness.

4. While Defendants do not concede that their practices with respect to payment of payment of title and license plate transfer fees were inconsistent with Florida law regarding actual cash value payment for total loss claims, given the number of lawsuits regarding this issue pending in Florida Defendants began a process to implement payment of such fees, as well as interest thereon. In addition, Defendants have committed to payment of these fees for all future claims.

5. The decision to begin paying the title and license plate transfer fees was made in April 2019.

6. As a result of that decision, Defendants developed a process for reviewing total loss claims to ensure that not only sales tax, but also title and license plate fees were paid. There were 15,873 reviews completed from June 6, 2019 to July 2, 2019.

7. The first checks for payment of these fees were sent beginning on June 6, 2019.

8. The scope of the review included total loss claims for the 5-year period from January, 2014 to June, 2019, for claims where Florida was the policy state, license state, accident state or state where the vehicle was garaged. In addition to sending letters to those insureds who had not been paid license plate or title transfer fees, Defendants sent checks for these amounts along with interest at a rate of 8%.

9. Plaintiffs' total loss claims were included in this review. As a result of the review, a letter was sent to Plaintiff Mitchell on June 19, 2019, advising her that Defendant

Standard Fire would pay her a license plate fee of $4.50, a title transfer fee of $75.25, and interest thereon in the amount of $6.38.  A check in the total amount of $86.13 was sent to her separately.  On June 25, 2019, a letter was sent to Plaintiff R-Devie, advising that Defendant Travelers Indemnity Company of Connecticut would pay it a license plate fee of $4.50, a title transfer fee of $75.25, and interest thereon in the amount of $1.06.  A check in the total amount of $80.81 was sent to it separately.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed:  July 31, 2019.

_____
Jeffrey S. Schlotter

3