UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

R-DEVIE, INC. and JACQUELINE
MITCHELL,

         *Plaintiffs,*

v.

THE TRAVELERS COMPANIES, INC, TRAVELERS
INDEMNITY COMPANY OF CONNECTICUT, THE
STANDARD FIRE INSURANCE COMPANY,
TRAVELERS PROPERTY CASUALTY INSURANCE
COMPANY, THE TRAVELERS INDEMNITY
COMPANY, CHARTER OAK FIRE INSURANCE
COMPANY, TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA, THE TRAVELERS
INDEMNITY COMPANY OF AMERICA, TRAVELERS
CASUALTY INSURANCE COMPANY OF AMERICA
and PHOENIX INSURANCE COMPANY,

         *Defendants*.

Case No. 6:19-cv-1050-Orl-41LRH

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, R-DEVIE, INC. and JACQUELINE MITCHELL, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismiss this action as follows:

1. All claims of the named Plaintiffs, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed members of the alleged class are hereby dismissed without prejudice.

**Dated:** September 17, 2019

Respectfully submitted,

*/s/ Jake Phillips*
Jacob Phillips
Florida Bar No. 0120130

Edmund A. Normand
Florida Bar No. 0865590
**NORMAND PLLC**
3165 McCrory Place, Ste. 175
Orlando, Florida 32803
Tel: (407) 603-6031
Fax: (888) 974-2175
ed@normandpllc.com
jacob.phillips@normandpllc.com
service@normandpllc.com

Christopher J. Lynch
Florida Bar No. 331041
**Christopher J. Lynch, P.A.**
6915 Red Road, Suite 208
Coral Gables, Florida 33143
Tel: (305) 443-6200
Fax: (305) 443-6204
clynch@hunterlynchlaw.com
lmartinez@hunterlynchaw.com

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq.
Florida Bar No. 0100537
2875 NE 191st, #703
Aventura, FL 33180
Telephone: 305-975-3320
scott@edelsberglaw.com

**SHAMIS & GENTILE, P.A.**
Andrew Shamis, Esq.
Florida Bar No. 101754
14 N.E 1st Ave Ste. 1205
Miami, FL 33132
Telephone: 305-479-2299
ashamis@shamisgentile.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on September 17, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record on the below Service List.

                  */s/ Jake Phillips*
                  Jacob Phillips

**SERVICE LIST**

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, PC**
SunTrust Center
200 South Orange Avenue, Suite 2900
Orlando, FL 32801
Phone: 407-422-6600
Fax: 407-841-0325
Hal K. Litchford, Esquire
Florida Bar No. 272485
hlitchford@bakerdonelson.com
rgustafson@bakerdonelson.com
fedcts@bakerdonelson.com
Kyle A. Diamantas, Esquire
Florida Bar No. 106916
kdiamantas@bakerdonelson.com
sdenny@bakerdonelson.com

*Counsel for Defendants*